UNITED STATES of America, Appellant, v. Ruben M. MOORE, Appellee.

No. 7844.

Circuit Court of Appeals, Ninth Circuit.
April 22, 1935.

J. A. Carver, U. S. Atty., of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon confession by appellee of error herein, and stipulation of counsel for respective parties for reversal of judgment

of the District Court, it is ordered that a judgment of reversal be filed and entered accordingly, and the mandate of this court issued forthwith.